

SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: November 12, 2014

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: GERALD D BOYD<br>MARGARETT D BOYD | CASE NO. 13-50062-KMS<br>CHAPTER 7 |
| BANK OF AMERICA, NA<br>VS | MOVANT |
| GERALD D BOYD<br>MARGARETT D BOYD | RESPONDENT |
| DEREK A HENDERSON | RESPONDENT |

### AGREED ORDER WITHDRAWING
### MOTION FOR RELIEF FROM AUTOMATIC STAY
### AND FOR ABANDONMENT

**This Matter** having been set for hearing on December 18, 2014 at 9:30 a.m. on the Motion for Relief from Automatic Stay and for Abandonment filed by Bank of America, NA (Dk#111) and the Court being advised that the Movant wishes to withdraw the Motion for Relief from Automatic Stay and for Abandonment.

**Therefore**, the Motion for Relief from Automatic Stay and for Abandonment filed by Bank of America, NA is withdrawn and any Debtor's and Trustee's responses are now moot.

##END OF ORDER##

RESPECTFULLY SUBMITTED

/s/ Sean Southern
SEAN SOUTHERN
ATTORNEY FOR MOVER

EDWIN F TULLOS
ATTORNEY FOR DEBTOR